Michael Sessa, Appellant, v. Roland Olson, Oak Realty Company, Inc., and Joseph M. Walsh and Sylvia Walsh, his Wife, Appellees.

Gen. No. 46,023.

Paul Broccolo, for appellant; Pettinger, Quigley & Fisher, for certain appellees; Michael Fiorito, for certain other appellee; Paul J. Maguire, of counsel. Opinion by PRESIDING JUSTICE LEWE. Not to be published in full. Opinion filed June 18, 1953; rehearing denied July 10. 1953; released for publication July 10, 1953.